ROMAINE SCAFFONE *v.* ORLANDO G. ANNULLI AND SONS, INC., ET AL. (11116)

LAVERY, HEIMAN and SCHALLER, Js.

Argued November 3—decision released November 24, 1992

*F. Woodward Lewis, Jr.,* for the appellant (plaintiff).

*David L. Gussak,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.